```
STEPHANIE HINDS, CSBN 154284
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
        Social Security Administration
        160 Spear Street, Suite 800
        San Francisco, CA  94105
        Telephone: 415-977-8952
        Email: Asim.Modi@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC A. CRUZ, | Civil No. 3:22-cv-00555-WHO |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE BRIEFING SCHEDULE** |
| v. | |
| KILOLO KIJAKAZI, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 20-day extension of time, from September 24, 2022, to October 14, 2022, for Defendant to respond to Plaintiff's Motion for Summary Judgment (Dkt. No. 16).

    This is Defendant's second request for an extension of time.  Good cause exists for this extension for a couple of reasons.  First, this case was recently reassigned to Defendant's counsel, who just returned from extended paternity leave and required time to become fully acquainted with the instant case.  Second, shortly after being reassigned this case, Defendant's counsel consulted with his client about its litigation position and began exploring the possibility

1  of settlement with Plaintiff; because no settlement between the parties has been reached at this
2  time, Defendant's counsel requires this second extension to prepare the cross-motion for
3  summary judgment.  This request is made in good faith and with no intention to unduly delay
4  the proceedings, and Defendant's counsel does not anticipate that any further extensions will be
5  necessary.

      Plaintiff does not oppose Defendant's request for an extension of time.  The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Date: <u>September 21, 2022</u>       SACKETT AND ASSOCIATES

                               By:   <u>/s/ Asim H. Modi for Harvey P. Sackett</u>*
                                      HARVEY P. SACKETT
                                      *Authorized by email on September 21, 2022
                                      Attorneys for Plaintiff

Date: <u>September 21, 2022</u>       STEPHANIE HINDS
                                      United States Attorney
                                      MATHEW W. PILE
                                      Associate General Counsel

                               By:   <u>/s/ Asim H. Modi</u>
                                      ASIM H. MODI
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: _____          _____
                                        HON. WILLIAM H. ORRICK
                                        UNITED STATES DISTRICT JUDGE